

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00336-CV

VAN LE AND DUNG TRAN, Appellants

§ On Appeal from the 393rd District Court

V.

§ of Denton County (18-4863-393)

§ December 23, 2020

§ Memorandum Opinion by Justice Birdwell

QUYEN NGUYEN, Appellee

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Wade Birdwell_____
         Justice Wade Birdwell